THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OWEN GARTH HINKSON, Reg. #17785-038**                                                                **PLAINTIFF**

v.                                              **Case No. 4:18-cv-00749-KGB**

**DAVID RAHBANY,** *et al.*                                                                                **DEFENDANTS**

**ORDER**

Before the Court are the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 112). Judge Harris issued her Recommendation on January 25, 2022, recommending that this Court grant defendants David Rahbany and Daniel Gough's motion for summary judgment on the basis of qualified immunity (Dkt Nos. 98; 112, at 15-17). Mr. Hinkson objected to the Recommendation on February 8, 2022 (Dkt. No. 113).

In his objection, Mr. Hinkson explains that he has had difficulty communicating with counsel and argues that there are disputed facts material to the resolution of this case (*Id.*, ¶¶ 1-3). Mr. Hinkson contends that the record evidence shows "that the statements made by the defendants are in conflict." (*Id.*, ¶ 2). He essentially challenges credibility. Mr. Hinkson maintains that, although "defendant's defense is based on general statements about general policy and how the plaintiff should have been treated," defendants "claim that neither defendant has any memory of the day and can provide no details of what did happen and how the plaintiff was treated." (*Id*). This Court has examined the record evidence *de novo*, including but not limited to the facts Mr. Hinkson believes to be material. The Court determines that, viewed in the light most favorable to Mr. Hinkson, there are no genuine issues of material fact in dispute that are outcome determinative and that no reasonable juror could reach an outcome different than that recommended by Judge

Harris given Mr. Hinkson's claims, the undisputed record evidence, and the controlling law (Dkt. No. 111).

Thus, after careful consideration of the Recommendation and Mr. Hinkson's objections, as well as a *de novo* review of the record, the Court adopts the Recommendation as this Court's findings in all respects (Dkt. No. 112).

The Court grants Mr. Rahbany and Mr. Gough's motion for summary judgment and dismisses Mr. Hinkson's amended complaint with prejudice (Dkt. Nos. 57; 98).

It is so ordered this 10th day of March, 2022.

_____
Kristine G. Baker
United States District Judge