THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OWEN GARTH HINKSON, Reg. #17785-038**                                                    **PLAINTIFF**

**v.**                                  **Case No. 4:18-cv-00749-KGB**

**DAVID RAHBANY,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Owen Garth Hinkson's amended complaint is dismissed with prejudice (Dkt. No. 57). The Court denies the requested relief.

It is so adjudged this 10th day of March, 2022.

_____
Kristine G. Baker
United States District Judge